RECEIVED
NOV 3 0 2005
ROBERT H.
WESTERN
LAFAYETTE, LOUISIANA

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12/21/05

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

**GRANT RENO**

VS.

**JO ANNE BARNHART, Commissioner**
**Social Security Administration**

**CIVIL ACTION NO. 04-2298**

**JUDGE MELANÇON**

**MAGISTRATE JUDGE METHVIN**

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record and the applicable jurisprudence, and noting the absence of objection, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **AFFIRMED** and the case is **DISMISSED**.

Lafayette, Louisiana this 20th day of December, 2005.

**TUCKER L. MELANÇON**
UNITED STATES DISTRICT COURT

COPY SENT
DATE 12/21/05
BY
TO